788

UNITED STATES of America,
Appellee,

v.

Robert L. DONOVAN and Albert Andrews, Defendants-Appellants,
and
Hyman Cohen, Defendant.

No. 269, Docket 24821.

United States Court of Appeals
Second Circuit.

Argued March 14, 1958.

Decided March 14, 1958.

Jacob W. Friedman, New York City (Frank E. Healey, New York City, on the brief for Robert L. Donovan), for defendants-appellants.

Adelbert C. Matthews, Jr., Asst. U. S. Atty., S.D.N.Y., New York City (Paul W. Williams, U. S. Atty., and Robert Kirtland, Asst. U. S. Atty., New York City, on the brief), for appellee.

Before CLARK, Chief Judge, HINCKS, Circuit Judge, and BRENNAN, District Judge.

PER CURIAM.

Judgment affirmed in open court.

HOLLAND HIGHWAY EXPRESS, Inc.,
Appellant,

v.

EASTPORT SALES CORPORATION,
Appellee.

No. 16683.

United States Court of Appeals
Fifth Circuit.

March 18, 1958.

Ralph F. Miles, Hialeah, Fla., Warren A. Bishop, Hialeah, Fla., for appellant.

Morris Berick, Miami Beach, Fla., for appellee.

Before HUTCHESON, Chief Judge, and BORAH and TUTTLE, Circuit Judges.

PER CURIAM.

This appeal complains of a summary judgment entered for plaintiff in an action to recover from the defendant carrier sums which it failed to collect upon delivering C.O.D. shipments. The undisputed documentary evidence established the appellant's obligation to collect for the shipper; it admitted its failure to do so; and it failed to tender prima facie proof of either total or partial payment by the consignee to the shipper. The case was thus ripe for the entry of the judgment complained of.

The judgment is affirmed.